USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WHITELAW ENTERPRISES CO., :
: 08 Civ. 6494(PKL)
           Plaintiff, :
:
- against - :
:
AGRENCO MADEIRA COMERCIO :
INTERNACIONAL LDA a/k/a AGRENCO MADEIRA :
COMERCIO INTERNACIONAL LTD; and :
AGRENCO SA, :
:
           **Defendants.** :
------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on July 21, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       July ___, 2008

SO ORDERED  8/04/08

_[signature]_
Hon. Peter K. Leisure
United States District Judge