JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 6494

-------------------------------------X
WHITELAW ENTERPRISES CO.,

          Plaintiff,

08 Civ. _____

- against -

AGRENCO MADEIRA COMERCIO
INTERNACIONAL LDA a/k/a AGRENCO MADEIRA
COMERCIO INTERNACIONAL LTD; and
AGRENCO SA,

          Defendants.
-------------------------------------X

DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: July 21, 2008
      New York, NY

                        The Plaintiff,
                        WHITELAW ENTERPRISES CO.

                        By: _____
                        Nancy R. Siegel
                        Patrick F. Lennon
                        LENNON, MURPHY & LENNON, LLC
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 – facsimile
                        nrs@lenmur.com
                        pfl@lenmur.com