CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WHITELAW ENTERPRISES CO.,          :
                                    :
                                    :
                    Plaintiff,      :      08-CV-6494
                                    :
             v.                     :      NOTICE OF
                                    :      APPEARANCE
AGRENCO MADEIRA COMERCIO           :
INTERNACIONAL LDA a/k/a AGRENCO    :
MADEIRA COMERCIO INTERNACIONAL LTD.:
and AGRENCO SA,                    :
                                    :
                    Defendants.     :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 18, 2008

                                   CLARK, ATCHESON & REISERT
                                   Attorneys for Garnishee
                                   Societe Generale New York Branch

                          By:      _____
                                   Richard J. Reisert (RR-7118)
                                   7800 River Road
                                   North Bergen, NJ 07047
                                   Tel: (201) 537-1200
                                   Fax: (201) 537-1201